KALISH, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted, with an opportunity to respondents to purge themselves if, within ten days after service of a copy of the order to be entered hereon, a meeting is held and six individuals named by plaintiffs are elected. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of Supplementary Proceedings: DAVID S. STERN CORPORATION, Judgment Creditor, Respondent, v. JACKSON TRADING Co., INC., Judgment Debtor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

RUSSELL MAGUIRE, Individually, and Others, Respondents, v. SEYMOUR FRANK-LIN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of MARTIN M. CONNORS and WILLIAM HEI-BERGER and Others, Appellants, against FIORELLO H. LaGUARDIA, as Mayor of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements, on the authority of Quayle v. City of New York (278 N. Y. 19). Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ELIZABETH MEYERSON, Appellant, v. MARY COHEN and ALEX COHEN, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

RIDGEHILL REALTY Co., INC., Respondent, v. ROGER H. CORBETTA, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of CHARLOTTE BAUM for an Order Directing 480 E. 145TH STREET CORP. to Make Available All Records and Data with Respect to Income, and for an Order Directing Payment of Surplus Income or Such Part Thereof as the Court May Determine, to the Petitioner, to Apply Toward the Payment of Past Due Principal of the Second Mortgage Held by the Petitioner and Covering Premises 480 E. 145th Street Corp., Pursuant to Section 1077-c of the Civil Practice Act. CHARLOTTE BAUM, Petitioner, Appellant; 480 E. 145TH STREET CORP., Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

NATIONAL SURETY CORPORATION, Appellant, v. DOBLIN HABERDASHERY, INC., and J. B. DOBLIN, INC., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.